**Electronically Filed
Supreme Court
SCWC-18-0000334
21-OCT-2019
10:27 AM**

SCWC-18-0000334

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

ANDREA ZAJAC,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000334; 1PC161000429)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Andrea Zajac's application for writ of certiorari, filed on September 13, 2019, is hereby rejected.

DATED:  Honolulu, Hawai‘i, October 21, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

